UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE ANN WETZEL, | : |
| Plaintiff | : No. 3:15-CV-1851 |
| vs. | : (Judge Nealon) |
| CAROLYN W. COLVIN, Acting Comissioner of Social Security, | : (Magistrate Judge Mehalchick) |
| Defendant | : |

FILED
SCRANTON
SEP 1 2 2016
Per_____
DEPUTY CLERK

**ORDER**

**AND NOW, THIS 12TH DAY OF SEPTEMBER, 2016,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 29), issued by Magistrate Judge Karoline Mehalchick is **ADOPTED**;

2. Plaintiff's appeal from the Commissioner's decision is **GRANTED**;

3. The decision of the Commissioner of Social Security denying Plaintiff disability insurance benefits and supplemental security income is **REVERSED**;

4. Plaintiff **SHALL BE GRANTED** benefits for the period from January 2, 1999 to March 27, 2015; and

5. The Clerk of Court shall **CLOSE** this case.

_____
**United States District Judge**